Robert J. HAESSLY, Petitioner—Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent—Appellee.

No. 02–71203.

IRS No. 14496–99.

United States Court of Appeals, Ninth Circuit.

Submitted June 11, 2003.*

Decided June 16, 2003.

Before SCHROEDER, Chief Judge, D.W. NELSON, and W. FLETCHER, Circuit Judges.

MEMORANDUM**

Because Treasury Regulation § 1.931–1 does not establish that Johnston Atoll is a foreign country, Haessly cannot claim a deduction pursuant to 26 U.S.C. § 911. All other issues are disposed of by *Farrell v. United States,* 313 F.3d 1214 (9th Cir. 2002), argued by the attorney for the appellant in this matter. The decision of the Tax Court is

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.